UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**KENNETH WILEY**                                                             **CIVIL ACTION**

**VERSUS**                                                                            **NO. 10-4250**

**DR. LO**                                                                              **SECTION "C" (3)**

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the plaintiff's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. The Court notes that service was attempted at the address set forth in the plaintiff's objection, which was the Mental Health Department at Rayburn Correctional Center. The return by the U.S. Marshal noted that it was the "wrong address. Doctor is contracted by facility. Should be sent to his office." The plaintiff's service address should be the doctor's office. Therefore,

**IT IS ORDERED** that plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** pursuant to Fed.R.Civ.P. 4(m).

New Orleans, Louisiana, this 27th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE